IN THE UNITED STATE DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA K. KUNKLE,** | : | Case No: 3:13-cv-00082 |
| Plaintiff, | : | (Judge Timothy S. Black) |
| vs. | : | **DISMISSAL ENTRY** |
| **Q-MARK, INC., et al.,** | : | |
| Defendants. | : | |

This matter having been fully compromised and settled between the parties, all claims are hereby dismissed with prejudice.

IT IS SO ORDERED.

Date: 1/6/14

Timothy S. Black
United States District Judge

Approved by:

*/s/ Thomas M. Hess, Jr.*
Charles F. Shane (0062494)
Thomas M. Hess, Jr. (0089667)
Bieser, Greer & Landis, LLP
400 PNC Center
6 North Main Street
Dayton, Ohio 45402-1908
cfs@bgllaw.com
tmh@bgllaw.com
*Attorneys for Plaintiff Patricia Kunkle*


*/s/ Halli Brownfield Watson* (per authorization)
Brian L. Wildermuth (0066303)
bwildermuth@swohiolaw.com
Halli Brownfield Watson (0082466)
hwatson@swohiolaw.com
SUBASHI & WILDERMUTH
The Greene Town Center
50 Chestnut Street Suite 230
Dayton, Ohio 45440
Telephone: (937) 427-8800
Facsimile: (937) 427-8816
*Attorneys for Defendants Q-Mark, Inc.
and Roberta Gentile*